# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

John Doe

                     Plaintiff,

v.                                       Case No.: 1:17–cv–00770
                                          Honorable Samuel Der–Yeghiayan

Donald J. Trump, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 1, 2017:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Motion hearing held. At the parties' request, pretrial conference was held with the Court. Plaintiff's emergency motion for temporary restraining order and/or preliminary injunction [4] is withdrawn. Plaintiff is given leave to file an amended complaint by 02/15/17. Defendants are given until 04/17/17 to answer or otherwise plead to Plaintiff's amended complaint. Status hearing set for 05/04/17 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.